IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIE HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0603 |
| | ) | Judge Trauger |
| CORPORAL TONEY, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On October 10, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 28), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment (Docket No. 25) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

This Order shall constitute the judgment in this case.

It is so **ORDERED**.

ENTER this 8th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge